UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CREDEUR'S SPORTSHOUSE, INC., PERCY FRED CREDEUR, JR. AND ALMA B. CREDEUR | CIVIL ACTION NO. _____ |
| VERSUS | JUDGE: _____ |
| JAL EQUITY CORP. | MAGISTRATE: _____ |

## CORPORATE DISCLOSURE STATEMENT OF JAL EQUITY CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant hereby makes the following corporate disclosure:

Defendant, JAL EQUITY CORP., is a privately held Nevada corporation and no publicly held company owns 10% or more of its stock.

Respectfully submitted:

ALLEN & GOOCH,
A Law Corporation

*s/Robert A. Robertson*
CADE A. EVANS, #24405
ROBERT A. ROBERTSON, #27060
2000 Kaliste Saloom Rd., Ste. 400 (70508)
P.O. Box 81129
Lafayette, LA  70598-1129
337-291-1330 (phone)
337-291-1335 (fax)
Email: cadeevans@allengooch.com
          tonyrobertson@allengooch.com
Counsel for JAL Equity Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2021, a copy of the foregoing was filed electronically on behalf of Defendant, JAL Equity Corp., with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all listed counsel of record by operation of the court's electronic filing system.

*s/ Robert A. Robertson*
ROBERT A. ROBERTSON