UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CREDEURS SPORTSHOUSE INC ET AL** | **CASE NO. 6:21-CV-01000** |
| **VERSUS** | **JUDGE JUNEAU** |
| **J A L EQUITY CORP** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court is the Motion to Transfer Venue filed by defendant JAL Equity Corp ("JAL"). (Rec. Doc. 3). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Transfer (Rec. Doc. 3) filed by defendant JAL Equity Corp. is GRANTED and, accordingly, the Clerk of Court shall TRANSFER this suit to the United States District Court for the Eastern District of North Carolina.

Signed at Lafayette, Louisiana, this 25th day of October, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE